UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW DAVID SMITH,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

Case No. C17-647-RAJ

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

    Based on the motion to amend and the declaration of Amy Gilbrough it is hereby ordered that Plaintiff's Response to the Motion to Dismiss is due November 6, 2017. Any reply is due November 10, 2017.

    DATED this 6th day of October, 2017.

    /s/Richard A. Jones
RICHARD A. JONES
United States District Judge

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME - 1