UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW DAVID SMITH,

          Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

          Defendant.

Case No. C17-647-RAJ

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

Based on the unopposed motion to amend (Dkt. 8) and the declaration of Amy Gilbrough it is hereby ordered that Plaintiff's Response to the Motion to Dismiss is due December 4, 2017. Any reply is due December 8, 2017.

DATED this 7th day of November, 2017.

                                           /s/Richard A. Jones
                                          RICHARD A. JONES
                                          United States District Judge