UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW DAVID SMITH,

    Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

Case No. C17-647-RAJ

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

Based on the Unopposed Motion for Extension of Time (Dkt. 10) and the declaration of Amy Gilbrough it is hereby ordered that Plaintiff's Response to the Motion to Dismiss is due December 11, 2017. Any reply is due December 15, 2017.

DATED this 5th day of December, 2017.

                                              /s/Richard A. Jones
                                              RICHARD A. JONES
                                              United States District Judge