1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
9                                 AT SEATTLE

10   MATTHEW DAVID SMITH,                    Civil No. 2:17-CV-00647-RAJ

11        Plaintiff,

12        vs.                                ~~PROPOSED~~ ORDER

13   NANCY A. BERRYHILL,
     Deputy Commissioner for Operations,
14   performing the duties and functions not reserved
     to the Commissioner of Social Security,
15
          Defendant.

16        Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned

17   case be REMANDED for further administrative proceedings pursuant to sentence six of 42

18   U.S.C. § 405(g). On remand, the Appeals Council will instruct the Administrative Law Judge to

19   offer the claimant an opportunity for a hearing, further develop the record and issue a new

20   decision. Judgment will not issue. The Court will maintain jurisdiction over this case.

21        Following a sentence six remand, the Commissioner must return to the district court to

22   file with the Court any such additional or modified findings of fact and decision, and, in any case

23   in which the Commissioner has not made a fully favorable decision to the individual, a transcript

24   of the additional record and testimony upon which her action in modifying or affirming was

based. 42 U.S.C. § 405(g); *see also Melkonyan v. Sullivan*, 501 U.S. 89, 98 n.1 (1991). Plaintiff may seek judicial review of a decision not fully favorable by reinstating this case rather than by filing a new Complaint.

DATED this 18th day of April, 2018.

Richard A. Jones

The Honorable Richard A. Jones
United States District Judge

Page 2      ORDER