1

United States District Judge Richard A. Jones

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

MATTHEW DAVID SMITH,

10

Plaintiff,

11

12

vs.

13

COMMISSIONER OF SOCIAL SECURITY,

14

Defendant.

)
)
)
)
)
)
)
)
)
)
)

CIVIL NO. 2:17-cv-00647-RAJ

~~PROPOSED~~ ORDER FOR ATTORNEY'S
FEES PURSUANT TO 42 U.S.C. § 406(b)

15

16

THIS MATTER having come on regularly before the undersigned upon Plaintiff's

17

Motion for Attorney Fees Pursuant To 42 U.S.C.§ 406(b) (Dkt.#22), the Court having

18

considered the contentions of Plaintiff and Defendant, good cause having been shown for

19

entry of the Order, now therefore, it is hereby

20

ORDERED that Plaintiff's attorney Amy Gilbrough is allowed an attorney fee of

21

$17,642.25 pursuant to 42 U.S.C. § 406(b). Plaintiff's attorney received fees under the

22

Equal Access to Justice Act of $13,724.48. The net fee owed is $3,917.77. If the Social

23

Security Administration is still withholding this amount, it is directed to send this amount

24

25

~~PROPOSED~~ ORDER FOR ATTORNEY'S
FEES PURSUANT TO 42 U.S.C. § 406(b) [«F494»] - 1

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

to Plaintiff's attorney, Amy Gilbrough, minus any applicable fees ordered by statute. If the Social Security Administration is no longer withholding any amount of the back award for fees, Plaintiff will send her attorney a fee of $3,917.77.

DATED this 4th day of September, 2020.

The Honorable Richard A. Jones
United States District Judge

PROPOSED ORDER FOR ATTORNEY'S FEES
PURSUANT TO 42 U.S.C. § 406(b) [«F494»] - 2

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055