United States District Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW DAVID SMITH, | CIVIL NO. 2:17-cv-00647-RAJ |
| Plaintiff, | ~~PROPOSED~~ AMENDED ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Having considered Plaintiff's motion to amend the order of September 4, 2020. The Court issues this amended order.

It is hereby ORDERED that Plaintiff's attorney Amy Gilbrough is allowed an attorney fee of $6,686.23, pursuant to 42 U.S.C. § 406(b). Plaintiff's attorney received fees under the Equal Access to Justice Act of $3,226.98. The net fee owed is $3,459.25.

~~PROPOSED~~ ORDER FOR ATTORNEY FEES
PURSUANT TO 42 U.S.C. § 406(b) [2:17-cv-00647-RAJ] - 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900

If the Social Security Administration is still withholding this amount, it is directed to send this amount to Plaintiff's attorney, Amy Gilbrough, minus any applicable fees ordered by statute. If the Social Security Administration is no longer withholding any amount of the back award for fees, Plaintiff will send her attorney a fee of $3,459.25.

Dated this 19th day October, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

PROPOSED ORDER FOR ATTORNEY FEES
PURSUANT TO 42 U.S.C. § 406(b) [2:17-cv-00647-RAJ]
- 2

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Ave. Suite 1030
Seattle, WA 98103
(206) 623-0900